UNITED STATES of America, Plaintiff—Appellee,

v.

Jose Antonio FERMAINTT, Defendant—Appellant.

No. 03–7351.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 28, 2004.

Decided Feb. 12, 2004.

Jose Antonio Fermaintt, Appellant pro se. James L. Trump, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

672

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jose Antonio Fermaintt appeals the district court's order denying his motion to dismiss indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Fermaintt,* No. CA–00–153–A (E.D.Va. Aug. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*